

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 14, 2010

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>        Re:   United States v. Joseph Coriasco
>              <u>Criminal Docket No. 03-191 (S-1) (SJ)</u>

Dear Judge Johnson:

   The government respectfully submits this letter in accordance with the Court's Order of July 2, 2010, directing the government to address the June 16, 2010 letter by Joyce Cassano requesting the release of $100,000 cash that she posted as security for the defendant's pretrial release, as well as the termination of the $500,000 lien entered against her property at 165 Andrews Road in Mineola, New York, which has been subject to a confession of judgment in Nassau County since February 28, 2003.  The government hereby moves to release Ms. Cassano's bond obligation.

   The government respectfully requests that the Court "So Order" this letter, directing the Clerk of the Court of the Eastern District of New York to return Ms. Cassano's $100,000 cash deposit to her forthwith, and ordering that the confession

of judgment as to her property at 165 Andrews Road in Mineola, New York, be terminated.

                                        Respectfully submitted,

                                        BENTON J. CAMPBELL
                                        UNITED STATES ATTORNEY
                                        EASTERN DISTRICT OF NEW YORK

                            By: _____/s/_____
                                 Cristina M. Posa
                                 Assistant U.S. Attorney

SO ORDERED.


_____
THE HONORABLE STERLING JOHNSON, JR.
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK