

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

SLR:BP

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
*Telephone (718) 254-6264*
*Facsimile (718) 254-8702*

September 15, 2010

Via ECF
and Hand Delivery

Honorable Sterling Johnson, Jr.
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: United States v. Joseph Coriasco
     Criminal Docket No. CR-03-0191 (EDNY)

Dear Judge Johnson:

  The undersigned respectfully submits this letter and proposed order on behalf of the United States in support of its request that the Court issue an order directing the United States Marshals Service to transfer $784,870.00 from the Seized Deposit Fund to the Clerk of Court in partial payment of defendant Joseph Coriasco's ("Coriasco") $1,240,102.00 restitution judgment.

  Pursuant to a plea agreement dated October 1, 2003, Coriasco agreed to forfeit $794,850.00. Coriasco subsequently made payments of $400,000.00 and $384,870.00 to the United States Marshals Service for the Eastern District of New York. The United States Marshals Service deposited the funds totaling $784,870.00 into a Seized Deposit Fund pending further order of the Court.

  On October 1, 2003, Coriasco pled guilty to racketeering pursuant to 18 U.S.C. §§ 1962(c) and 1963. By the judgment imposed in this case on January 29, 2010, Coriasco was sentenced, among other things, to pay a special assessment of $100.00, and restitution in the amount of $1,240,102.00. By the terms of the judgment, the special assessment and restitution were due immediately and the defendant's prior payments to the United States Marshals Service totaling $784,870 (but referenced in the judgment as $794,850, which was the amount Coriasco had agreed to forfeit) were to be credited to his restitution liability.

  A final order of forfeiture was not entered against Coriasco. However, the parties had

previously agreed and the judgment reflects that any amounts forfeited by Coriasco were to be applied to his restitution judgment.  Thus, the United States respectfully requests the Court to enter the attached proposed order transferring the $784,870.00 previously paid by Coriasco from the Marshals Office to the Clerk's Office to be applied to Coriasco's restitution judgment and distributed to the victims of Coriasco's crime.

The undersigned is available to answer any questions Your Honor may have.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney


By:   *s/ Bonni J. Perlin*
BONNI J. PERLIN
Assistant U.S. Attorney
(718) 254-6264