UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
UNITED STATES OF AMERICA

                                          ORDER

       -against-                           Criminal Docket
                                          No. CR-03-191

JOSEPH CORIASCO,                  (Johnson, J.)

        Defendant.
----------------------------------------------------X

       WHEREAS, pursuant to a plea agreement dated October 1, 2003, between the United States and the defendant Joseph Coriasco ("Coriasco") in the above-referenced case, Coriasco agreed to forfeit $794,850.00; and

       WHEREAS, pursuant to the October 1, 2003 plea agreement, on or about July 12, 2004, Coriasco made a payment of $400,000 to the United States Marshals Service for the Eastern District of New York; and

       WHEREAS, on or about January 3, 2006, Coriasco made a payment of $384,870.00 to the United States Marshals Service for the Eastern District of New York; and

       WHEREAS, the United States Marshals Service deposited Coriasco's payments totaling $784,870.00 into a Seized Deposit Fund pending further order of the Court; and

       WHEREAS, on October 1, 2003, Coriasco pled guilty to racketeering pursuant to 18 U.S.C. §§ 1962(c) and 1963. By the judgment imposed on January 29, 2010 in the above-referenced case, Coriasco was sentenced, among other things, to pay a special assessment of $100.00, and restitution in the amount of $1,240,102.00. By the terms of the judgment, the

special assessment and restitution were due immediately, and the defendant's prior payments to the United States Marshals Service totaling $784,870 ( but referenced in the judgment as $794,850) were to be credited to his restitution liability; and

WHEREAS, no final order of forfeiture was entered against Coriasco in the above-referenced case; and

WHEREAS, pursuant to the judgment entered against Coriasco in this case, Coriasco's restitution liability was credited for the $784,870 he previously paid to the United States Marshals Service, and the funds should be distributed to the victims accordingly;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. The United States Marshals Service shall promptly transfer $784,870 from the Seized Deposit Fund to the Clerk of the Court and reference "<u>United States v. Joseph Coriasco</u>, CR-03-0191".

2. The Clerk of the Court shall accept the $784,870 in transferred funds from the United States Marshals Service, and apply the funds to the outstanding restitution judgment imposed against Coriasco in <u>United States v. Joseph Coriasco</u>, CR-03-0191.

IT IS FURTHER ORDERED THAT the Clerk of the Court shall forward four certified copies of this order to Assistant U.S. Attorney Bonni J. Perlin, U.S. Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York, 11201.

Dated:

                                           Honorable Sterling Johnson, Jr.
                                           United States District Judge